Legal Mail

Provided to Florida State Prison on
8/17/23 for mailing by RS AC

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

### for the

Southern District of FLORIDA

Miami Division

ASHLEY L. CAJUSTE

_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

SEE ATTACHED

_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

FILED BY _____ D.C.

AUG 2 2 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Page 1 of 11

CON'T IN (PG.) SEE ATTACHED... FROM PAGE 1 OF 11

DEFENDANT(S)

1. FACEBOOK PARENT COMPANY META AND USER; FACEBOOK CONSUMER PRIVACY USER PROFILE LITIGATION, C/O SETTLEMENT ADMINISTRATOR

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                                       ASHNGY L. CAJVETG

All other names by which
you have been known:                    N/A

ID Number                                 WB7076

Current Institution                       FLORIDA STATE PRISON

Address                                   P.O. BOX 800

RAIFORD                FL                  32083
*City*                 *State*            *Zip Code*

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1·
Name                              FACEBOOK PARENT COMPANY META USER
Job or Title *(if known)*         SETTLEMENT ADMINISTRATOR
Shield Number                     _____
Employer                          _____
Address                           1650 ARCH STREET, SUITE 2010

PHILADELPHIA            PA                 19103
*City*                 *State*            *Zip Code*

☒ Individual capacity          ☒ Official capacity

Defendant No. 2
Name                              _____
Job or Title *(if known)*         _____
Shield Number                     _____
Employer                          _____
Address                           _____

_____
*City*                 *State*            *Zip Code*

☐ Individual capacity          ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name _____

Job or Title *(if known)* _____

Shield Number _____

Employer _____

Address _____

_____

| *City* | *State* | *Zip Code* |

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Shield Number _____

Employer _____

Address _____

_____

| *City* | *State* | *Zip Code* |

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_____ SEE ATTACHED _____

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

CONTINUED

SEE ATTACHED PAGE 3 OF 11

## III. BASIS FOR JURISDICTION

(B.) ALLOWED THEIR DATA TO BE
ACCESSIBLE TO THIRD (PARTY)
PARTIES WITHOUT THEIR CONSENT.

SEE ATTACHED PAGE 3 OF 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

SEE ATTACHED!

## III.     Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

☒   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

☐   Other *(explain)* _____

## IV.     Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      If the events giving rise to your claim arose outside an institution, describe where and when they arose.

FACEBOOK SOMETIME BETWEEN 5/2007 - 12/2020

B.      If the events giving rise to your claim arose in an institution, describe where and when they arose.

CONTINUED
SEE ATTACHED... PAGE 4 OF 11

## II. BASIS FOR JURISDICTION

(D.) FACEBOOK SOMETIME BETWEEN MAY 2007 AND DECEMBER 2022, FACEBOOK PARENT COMPANY META AND USERS CLAIMING THE SOCIAL MEDIA PLATFORM ALLOWED THEIR DATA TO BE ACCESSIBLE TO THIRD-PARTIES WITHOUT THEIR CONSENT AND AS SUCH FACEBOOK AND PARENT COMPANY META BREACHED SECURITY AGREEMENT THAT THEY THEMSELF'S WROTE UP THAT FACEBOOK USERS MUST AGREE TO, TO USE FACEBOOK AND RELATED SERVICES

C.      What date and approximate time did the events giving rise to your claim(s) occur?

SOMETIME BETWEEN MAY 2007 AND DECEMBER 2022

D.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*



SEE ATTACHED

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

SEE ATTACHED

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

SEE ATTACHED

CONTINUED,
SEE ATTACHED PAGE 5 OF 11

IV. STATEMENT OF CLAIM

(D.) A CALIFORNIA FEDERAL JUDGE GAVE PRELIMINARY APPROVAL TO A $725 MILLION DEAL WITH/ BETWEEN FACEBOOK PARENT COMPANY META AND USERS CLAIMING THE SOCIAL MEDIA PLATFORM ALLOWED THEIR DATA TO BE ACCESSIBLE TO THIRD-PARTIES WITHOUT THEIR CONSENT. ANYONE WHO HAS A FACEBOOK ACCOUNT BETWEEN MAY 24, 2007 AND DECEMBER 22, 2022 IN THE U.S. IS INCLUDED IN THE SETTLEMENT CLASS. THIS BREACH OF MY PRIVATE DATA HAS EXPOSED ME TO MULTIPLE FORMS OF IDENTITY THEFT, THUS CAUSING ME UNDO MENTAL ANGUISH AND STRESS AS I MUST NOW CONSTANTLY WORRY ABOUT MY IDENTITY BEING STOLEN, BANK ACCOUNTS BEING ACCESSED. THIS HAS CAUSED ME NIGHTMARES, SLEEPLESS NIGHTS, STRESS INDUCED MIGRANE HEADACHES

CONTINUED:
SEE ATTACHED PAGE 5 OF 11

V. INJURIES

1. MENTAL ANGUISH / STRESS

2. LEGAL EXPENSES

3. DEPRIVATION OF CONSTITUTIONAL
   RIGHTS

4. EMOTIONAL DISTRESS

5. EMBARRASSMENT

6. NIGHTMARES
   STRESS INDUCED
   MIGRANE HEADACHES

CONTINUED
SEE ATTACHED PAGE 5 OF 11

VI. RELIEF                                    (1)

WHEREFORE, PLAINTIFF REQUEST
THAT THE COURT GRANT THE
FOLLOWING RELIEF.

(A.) ISSUE A DECLARATORY JUDGEMENT
STATING THAT:

1. THE CONFIDENTIAL RECORDS DATA
ABUSE OF THE PLAINTIFF BY DEFENDANT(S)
FACEBOOK PARENT COMPANY META
VIOLATED THE PLAINTIFFS RIGHTS
WITH THE UNITED STATES CONSTITUTION
UNDER STATE LAW

(B.) ISSUE AN INJUNCTION ORDERING
DEFENDANT(S);
FACEBOOK PARENT COMPANY META
OR THEIR SETTLEMENT ADMINISTRATOR TO:

1. IMMEDIATELY ARRANGE AND CARRY
OUT WITHOUT DELAY FOR THE PLAINTIFF
NEED FOR A SETTLEMENT.

(C.) AWARD COMPENSATORY DAMAGES IN
THE FOLLOWING AMOUNTS:

1. $40,000 AGAINST DEFENDANT(S)
FACEBOOK PARENT COMPANY META

RESULTING THE FAILURE TO ALLOW
THE SOCIAL MEDIA PLATFORM
ALLOWED THEIR DATA TO BE ......

CONTINUED
SEE ATTACHED PAGE 5 OF 11

NTS. RELIEF

ACCESSIBLE TO THIRD-PARTIES
WITHOUT CONSENT.

(D.) AWARD PUNITIVE DAMAGES IN THE
FOLLOWING AMOUNTS:

1. $20,000 AGAINST DEFENDANT(S)
FACEBOOK PARENT COMPANY META

(F.) GRANT SUCH OTHER RELIEF
AS IT MAY APPEAR THAT PLAINTIFF
IS ENTITLED.

DATE: 8/03/2023

RESPECTFULLY SUBMITTED

NAME: ASKINEY L. CAJUSTE
DC# W37076

ADDRESS: FLORIDA STATE PRISON
P.O. BOX 800
RAIFORD, FL 32083

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.      Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____N/A_____

B.      Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☒ Do not know

C.      Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E.    If you did file a grievance:

1.   Where did you file the grievance?

2.   What did you claim in your grievance?

3.   What was the result, if any?

4.   What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.      If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

SETTLEMENT CLASS FOR FACEBOOK

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.      Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.      Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.      If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.  Docket or index number

_____

4.  Name of Judge assigned to your case

_____

5.  Approximate date of filing lawsuit

_____

6.  Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.      Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☒ Yes

☐ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
     Plaintiff(s)   ASHLEY L. CAJUSTE
     Defendant(s)   RIC L. BRADSHAW

2.   Court *(if federal court, name the district; if state court, name the county and State)*

     U.S. DISTRICT COURT, SOUTHERN DISTRICT FLORIDA

3.   Docket or index number
     9:21 - CV - 82150 - KMW

4.   Name of Judge assigned to your case
     KATHLEEN M. WILLIAMS

5.   Approximate date of filing lawsuit
     11/30/2021

6.   Is the case still pending?
     ☒ Yes

     ☐ No

     If no, give the approximate date of disposition _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

     N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   8/03/2023

Signature of Plaintiff   _Ashley Cajuste_

Printed Name of Plaintiff   ASHNEY L. CAJUSTE

Prison Identification #   W37076

Prison Address   FLORIDA STATE PRISON

RAIFORD                    FL        32083
       *City*                      *State*        *Zip Code*

### B.     For Attorneys

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Address   _____

_____
       *City*                      *State*        *Zip Code*

Telephone Number   _____

E-mail Address   _____

RODNEY L. CAJUSTE
FLORIDA STATE PRISON - K228
P.O. BOX 800
RAIFORD, FL 32083

LEGAL MAIL

CLERK'S OFFICE
UNITED STATES DISTRIC
SOUTHERN DISTRICT OF FL
400 NORTH MIAMI AVENU
MIAMI, FL 33128-771(

LEGAL MAIL ONLY



Legal Mail
Provided to Florida State Prison on
8/17/23 for mailing by